UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAREN WILLIAMS** | CIVIL ACTION |
| **VERSUS** | |
| **ALVIN WILLIAMS, ET AL.** | NO. 23-01116-BAJ-SDJ |

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 10, the "Report")** recommending that the Court dismiss Plaintiff's claims without prejudice for lack of subject matter jurisdiction. There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 16th day of December, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA